OLLIE LEWIS, ET AL. v. EAST ORANGE GENERAL
HOSPITAL, ET AL.

July 11, 1989.

Petition for certification denied.

RESIDENTIAL TECHNOLOGY, INC. v. ALICE WYBERNEC.

July 11, 1989.

Petition for certification denied.

JOSE CRUZ, ETC., ET AL. v. REPUBLIC WESTERN INSURANCE
COMPANY AND
FIREMAN'S FUND INSURANCE COMPANY.

July 11, 1989.

Petition for certification denied.

NELLIE TYSON v. POINT AUTO REPAIR.

July 11, 1989.

Petition for certification denied.